IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| ALLEN D. WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 07-1508-KI |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| COMMISSIONER of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

H. Peter Evans
9900 SW Greenburg Road
Columbia Business Center, Suite 235
Portland, Oregon 97223

    Attorney for Plaintiff

Karin J. Immergut
United States Attorney
District of Oregon

Page 1 - JUDGMENT

Britannia I. Hobbs
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon  97204-2902

      Attorneys for Defendant

KING, Judge:

      The decision of the Commissioner is hereby REVERSED, and this case is REMANDED to the Commissioner for rehearing.

      Dated this       1st       day of October, 2008.

                                   /s/ Garr M. King
                                Garr M. King
                                United States District Judge